JOSEPH B. McCOURT, RESPONDENT, v. GUISEPPE PETAGNA, APPELLANT.

Submitted May 28, 1948—Decided September 3, 1948.

For the appellant, *Louis G. Morten.*

For the respondent, *Nathan Zeichner.*

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance* — The Chancellor, Chief Justice, Donges, Colie, Eastwood, Burling, Jacobs, Wells, Dill, Freund, McLean, JJ. 11.

*For reversal*—None.